*June 8 2021*

# FILED

**JUN 11 2021**

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

Office Of The Clerk
U.S. District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

Re:        No:. *Show Cause of Action and Motion Request to Reinstate claim*

Dear Clerk:
My anme is Rudolph H. Moralez. I am the plaintiff in the above numbered case proceedings currently before the Court (*21-15878*  . Request you please take note of the following

*21-15878*

Enclosed is the original of my motion to reinstate my        Cause of Action with my affidavit and exhibits attached thereto in support of my motion. I am requesting you file the pleading and place on the Court's calendar for the Court's ruling. As noted on my proof of service, I mailed a copy to the California Attorney Generals office in San Francisco as plaintiff was ordered in the Court's ORDER OF SUMMONS (Docket Number   ), even though plaintiff has not been contacted by their office.

Also enclosed with the original is a copy of the facepage of plaintiff's motion stapled to a self-addressed stamped envelope. Request you return same reflecting your file-stamp thereon for my file. The self-addressed stamped envelope is to expedite its return. Thank you.

Very truly yours,

/s/ *Rudolph H. Moralez*

ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, state bar number, and address):*

_RUDOLPH H MORALEZ CDC#T00602_

TELEPHONE NO.:      FAX NO.:

ATTORNEY FOR *(Name):* _LEWIS, DEJON R_

FOR COURT USE ONLY

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF**

**PEOPLE OF THE STATE OF CALIFORNIA**

DEFENDANT: _RON DAVIS,_ vs. _WARDEN SAN QUENTIN_

Date of birth: _____ California Dept. of Corrections No. (if applicable): _____

**NOTICE OF APPEAL—FELONY (DEFENDANT)**
**(Pen. Code, §§ 1237, 1538.5(m); Cal. Rules of Court, rule 8.304)**

CASE NUMBER(S):

_20-CV-08130-CRB (PR)_

---

## NOTICE

- If your appeal challenges the validity of the plea you must complete the *Request for Certificate of Probable Cause* on the other side of this form. (Pen. Code, § 1237.5.)
- You must file this form in the superior court within 60 days after entry of judgment.

---

1. Defendant *(name):* _RON DAVIS_

   appeals from the order or judgment entered on *(specify date of order, judgment, or sentence):* _4-16-2021_

2. This appeal follows:

   a. ☒ A jury or court trial. (Pen. Code, § 1237(a).)

   b. ☐ A contested violation of probation. (Pen. Code, § 1237(b).)

   c. ☐ A guilty (or no-contest) plea or an admitted probation violation *(check all boxes that apply):*

        (1) ☐ This appeal is based on the sentence or other matters occurring after the plea. (Cal. Rules of Court, rule 8.304.)

        (2) ☐ This appeal is based on the denial of a motion to suppress evidence under Penal Code section 1538.5.

        (3) ☒ This appeal challenges the validity of the plea or admission. *(You must complete the Request for Certificate of Probable Cause on the other side of this form.)*

   d. ☒ Other *(specify):* _PLATA V. SCHWARZENEGGER N.D. CAL, MAY 10, 2002)_
   _NO. C01-1351 TEH, STipulation for injunctive relief_

3. ☒ I request that the court appoint an attorney on appeal. Defendant ☐ was ☒ was not represented by an appointed attorney in the superior court.

4. Defendant's address: ☒ same as in attorney box above.
                          ☐ as follows:

Date: _5-10-2021_

_Rudolph Moralez_
(TYPE OR PRINT NAME)

_Rudy Moralez_
(SIGNATURE OF DEFENDANT OR ATTORNEY)

Form Approved for Optional Use
Judicial Council of California
CR-120 [Rev. January 1, 2007]

**NOTICE OF APPEAL—FELONY (DEFENDANT)**
**(Criminal)**

Page 1 of 2

Penal Code, §§ 1237, 1538.5(m),
Cal. Rules of Court, rule 8.304
www.courtinfo.ca.gov

American LegalNet, Inc.
www.FormsWorkflow.com

Appendix 16-A, page 1

| PEOPLE OF THE STATE OF CALIFORNIA vs. RUDOLPH H. MORALEZ | CASE NUMBER(S): |
|---|---|
| DEFENDANT: RON DAVIS | 20-CV-08130-CRB (PR) |

## REQUEST FOR CERTIFICATE OF PROBABLE CAUSE

I request a certificate of probable cause. The reasonable constitutional, jurisdictional or other grounds going to the legality of the guilty plea, no contest plea or probation violation admission proceeding are (specify):

Complaint/First for negligence (GROSS) VIOLATION OF FEDERAL CIVIL RIGHT [U.S.C. SEC 1983] CRUEL AND UNUSUAL PUNISHMENT IN VIOLATION OF THE 8TH AMENDMENT CONSTITUTION OF THE UNITED STATES, PLEASE SEE CS TXT 10/28/20 FOR ADDITIONAL INFO

AND ARTICLE 1 SEC 17 OF THE CALIFORNIA CONSTITUTION AND NEGLIGENT INFLICTION OF EMOTIONAL DISTRESS

42 U.S.C.§ 1437 (d)(a)(b); 24 CFR, § 5.903 (f) see 42 u.s.c. 960.201(c), 966.4(1)(5)(iv) (public housing) and 982.553(d) (voucher)

Estelle V Gamble 428 U.S. 97, 103 (1976); BROWN V Plata, 131 S. Ct. 1910, 1928 (2011) &Prisoners retain the essence of human dignity inherent in all person, Respect for that dignity animates the Eighth Amendment prohibition against cruel and unusual punishment, A prison that deprives prisoners basic sustenance, including adequate medical care, is incompatible with the concept of human dignity and has no place in civilized society")

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:

_____     ▶ _____
(TYPE OR PRINT NAME)                        (SIGNATURE OF DEFENDANT OR ATTORNEY)

## COURT ORDER

This *Request for Certificate of Probable Cause* is (check one): ☐ granted  ☐ denied.

Date: _____

| CR-120 [Rev. January 1, 2007] | **NOTICE OF APPEAL—FELONY (DEFENDANT)** (Criminal) | JUDGE | Page 2 of 2 |
|---|---|---|---|

Appendix 16-A, page 2

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

RUDOLPH MORALEZ
Appellant(s),

9th Cir. Case No. 21-15878

v.

RON DAVIS, et.al.,
Appellee(s).

## MOTION TO VOLUNTARILY DISMISS APPEAL

Pursuant to Federal Rule of Appellate Procedure 42(b), appellant(s)

Rudolph Moralez _____ hereby move(s)

the court for an order dismissing appeal No. _21_ - _15878_ .

Dated: June 7, 2021          Rudolph Moralez

Print Name(s)

/s/ *Rudolph H. Moralez*

Signature(s)

Appellant(s) in Pro Se

# DECLARATION OF SERVICE BY MAIL

# BY PERSON IN STATE CUSTODY

## (CCP 1013(A).2015.5)

I, _Rudolph Moralez_ the undersigned, declare:

I am over the age of 18 years, and is _____ a party to this matter. I am a resident of SAN QUENTIN STATE PRISON, in the County of Marin, State of California. My prison address is as follows:

_Rudolph Moralez_,

CDCR Number _T-00602_, Cell # _3-NB-21L_

SAN QUENTIN STATE PRISON

SAN QUENTIN, CALIFORNIA 94974

On, _June 8, 2021_, I served the attached:

_Motion To Voluntary Dismiss Appeal_

on the parties, at the address listed below, by placing true and correct copies thereof, enclosed in a sealed envelope (verified by prison staff) with postage fully prepaid, in a deposit box provided by San Quentin State Prison, for mailing in the United States Mail as per the regulations governing out-going Legal Mail.

_U.S. Court of Appeals_

_For The Ninth Circuit_

_P.O. Box 193939_

_San Francisco, CA 94119-3939_

I declare under penalty of perjury, under the laws of the State of California, that all the forgoing is true and correct.

Executed on _June 8, 2021_, at San Quentin, State of California.

/s/ _Rudy H. Moralez_

DECLARANT

Rudy Moralez T00602
C.S.P, San Quentin; 3-N-21-L
San Quentin, CA 94974

OFFICE OF THE CLERK
U.S. DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA 94102

neopost
06/10/2021
US POSTAGE $000.51

FIRST-CLASS MAIL

ZIP 94964
041L12205024



RECEIVED

JUN 11 2021

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA



NSF
SAN QUENTIN
STATE PRISON

94102$3489 C004

12/6/9